UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                  CASE NO.: 6:10-bk-545

Lisa Marie Seyfried & Thomas Anthony Seyfried
Debtor(s).

_____/

✓ **Chapter 13 Plan**          **Amended Chapter 13 Plan**

COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

Plan Payments

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1-60   Mar. 10 – Feb. 15 | $2955 |

The Debtor(s)(s) shall mail a **money order** or **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

Attorney Fees $1250

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Luis Baskedilia | 1250 | 706.70, 543.30 | 1, 2 |

Priority Claims
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Mercantile Bank | 8101 | 608.52 | 2 - 15 |
| WFFNB/Mattress Giant | 300 | 25.05 | 2 - 15 |
| Aurora Loan Svcs. | 206000 | 2071 | 1 - 60 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| | | | |

**Property to Be Surrendered:**

Creditor Name:                                        Property Address:

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| | | | |

(motion to value must be filed consistent with plan treatment)

**The following Executory Contracts are assumed:**

Name of Creditor:        Description of Collateral:        Payment Month Numbers:

**The following Executory Contracts are rejected:**

Name of Creditor:                    Description of Collateral:


**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: __20__ %

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).


## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this __25__ day of __January__, 2010.

_____
Debtor Signature

_____
Debtor Signature

_____
Attorney for Debtor
(name, address)
Luis Basabotin
Attorney at Law, P.A.
1320 N. Semoran Blvd.
Ste. 200
Orlando, Fl 32807
407 541 0704
Fl. Bar No. 820555